Possession Marihuana, 2nd Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL FRANKLIN, Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Noonan, J.— Attempted Criminal Possession Controlled Substance, 4th Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROOSEVELT HOWARD, JR., Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Noonan, J.— Criminal Contempt, 1st Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHEEN K. MADISON, Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.— Conspiracy, 4th Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD L. NORRIS, SR., Appellant. [751 NYS2d 800] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Yates County Court, Falvey, J.— Burglary, 2nd Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS OBERER, Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Cicoria, J.—Grand Larceny, 4th Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROB RUSHING, Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from